

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

September 17, 2020

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Ramos et al.
                  20 Cr 29-4 (JPO)

Dear Judge Oetken:

      This firm represents the defendant Carlos Ramirez in the above-captioned matter. This letter is respectfully submitted to request that the Court extend the defendant's deadline to submit a sentencing letter from today, September 17, 2020, through and including Tuesday, September 22, 2020. The reason for this request is that the press of other business, coupled with communications delays related to the pandemic, has made it impossible for counsel timely to complete the defendant's submission.

      Thank you in advance for your consideration of this application.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

Granted.
So ordered.
  September 22, 2020

*J. Paul Oetken*
J. PAUL OETKEN
United States District Judge