**Honorable judge**

We, Mr. Carlos Alberto Ramirez' family, we are very concerned about our uncle's well-being, because this is a new and very unpleasant experience for him. He has always fullfil as a husband, father, son, uncle and brother with regards to civil society and he does not deserve t worth to be going through this situation.

We are human beings and we trust one each other. This makes us fall into traps and when we realize it is already too late, but these circumstances allow us to grow as a person and we realize that we deserve a second chance.

We would like to see our uncle again, to be able to talk to him as we did before, we miss his good sense of humor and the concern he always showed for us. We love our uncle very much and hope to see him very soon.

We urge you to review this case in a humane and objective manner, as our uncle has been a person who had no criminal record of felony or misdemeanor.

We thank you in advance for your attention to this case.

Thank you

**Sincerely**

**Her nephews Nicolás and Laura and his brother Hubert**




**Pereira / Colombia September 3, 2020.**

**Respected judge**

Receive a warm greeting in advance; I introduce myself, my name is Orlando Vásquez Ramirez, I am Colombian, I am 27 years old and I am a social worker. I allow myself through these lines, to address you, to tell you a little more about Carlos Alberto Ramirez Granada, he is my uncle and godfather of baptism and confirmation, he is an incredibly hard-working man, who has offered his youth and much of his life, in his country, which he has adopted as his own, to build a life project there.

My uncle has here, in Colombia, a family that loves him and is in constant contact with him, all with the exception of his mother; My grandmother, who is already 90 years old and this yearshe was quite ill because she has suffered a stroke, however she mentions him a lot, but due to her health and age, we have decided not to give her the news, because surely she would not resist it, given the distance and the circumstances in which he is, so one of the dreams we have as a family, and I also know that my uncle has it, is to be able to reunite the two of them.

I would also like to tell you that my uncle Carlos is a very happy person, always concerned about his well-being, that is why he tries to be as active as possible with exercise, reading and more activities that enrich his daily life, in the circumstances In which he is today, he has had several complications in his health, taking into account that he is a mature man, He will shortly be 60 years of age, so health is one of the points that most concerns us. Not only the physical, but also the mental, even so, he is a strong man who harbors the illusion of rebuilding his life.

On the other hand, my uncle has a daughter, my cousin Katherine. Possibly the person he loves the most in the world and for whom he would give everything. He has given everything to make her happy and give her a good life, where she lacks nothing.

The meaning of these lines is nothing more than to show the man in front of you, a man who made a mistake. But, even so, with great virtues, which make him a great father, brother, son, uncle and godfather. Willing to rebuild his life and build great things in the life time that God gives him.

**Att Orlando Vasquez Ramirez**

**Honorable judge**

**Cordial greeting**

My name is Nathalie Roldán Ramírez. Carlos Alberto Ramírez' niece. I am her older niece. I am from a warm city called Guadalajara de Buga, in southern Colombia. Where people are characterized by being happy, fraternal, united and, above all, being very familiar.

My uncle Carlos, for me, has been an exemplary person since at a very young age he emigrated to the United States of America with dreams, hopes and goals to give us as a family a better future. This image of a persevering and disciplined man helped to form in me a strong, responsible, independent and above all hard-working person, since at my young age I have achieved that many people academically and professionally take a long time to achieve. This result has been thanks to the virtues demonstrated by my uncle, being the example that: when you set your mind to things, you can achieve them.

But in recent months, the worry, helplessness and sadness have invaded my heart. Since as a niece I find myself very preoccupied about my uncle. Life turned him upside down, and the circumstances he's in are not the best. Fate played a trick on him and he is going through the worst moment, being deprived of the most valuable thing that a human being can have FREEDOM.

For this reason we humbly ask that my uncle is given another chance since he is an important person for us and has been one of the pillars in the Ramírez' family.

Honorable judge if you have read this note, I ask for indulgence for him, on my behalf and on Ramírez family's behalf that we are in Colombia and we hope to see and share with our uncle and brother Carlos again.



**Fraternally, Nathalie Roldán Ramírez**

**Pereira, September 7, 2020**

**Respected Mr. Judge.**

My name is Margarita Ramírez Granada, I am Carlos Alberto Ramírez Granada's sister.

This is to advocate for my brother. He is a good person, a hard worker and has always been an honest person. Many years ago I traveled to the United States of America, with great enthusiasm to get ahead and have a better quality of life since in our country, the situation has been very difficult not only because of the violence that is experienced every day, without no because it is not easy to get a job.

He has lived there for 36 years, but despite the distance we have had a very good relationship, he has been an overprotective and very familiar brother, he trusts in the good will of people and I know that this is a difficult situation through which Carlos is passing. Honorable Judge, I ask you to please be kind to my brother, he deserves a second chance to rebuild his life because with the difficult situation he is going through, he has not only lost his freedom but also his source of job, that was his truck. I'm not very good at writing, but what I tell you come from my heart and what is happening to my brother hurts a lot because he doesn't deserve to be where he is. Right now, I just hope he can return soon and I also wish that he can see our mother who is an old woman of 90 years and who has been very ill. Sometimes in the middle of her disorientation she asks about him, but we have not wanted to tell her anything about what happens with Carlos so that his condition does not get worse because a few months ago she suffered a stroke and a relapse would be fatal for her.

Thank you very much, Honorable Judge, for the attention and the time you took to read our letters.

**Sincerely,**


**Margarita Ramirez Granada**

**Honorable judge**

I am the daughter of Carlos Ramirez. My father has always been a humble man, helping our family member's in need. Since I was little he always made i was living a comfortable life. Even in his hardest times he always put me first. Although he may not express his love for me in words, he definitely made sure his actions spoke for him. I miss him dearly and even in June I was admitted to a mental hospital due to the depression I got from knowing my father was locked up. He may have made mistakes but he always tried to fix them. Please give my father a second chance because he is not a bad man.

Sincerely, Katherine Ramírez


In regards to my ex husband, Carlos Ramirez, he should be given a second chance. He was such a humble and respectful man during our marriage. He always put our daughter first and made sure she was happy. He worked extremely hard for the both of us, as I quit my job to help raise my daughter. He always helped his friends and family when they were in need. He never stopped working even when he was tired. He paid for my father's nurse in Colombia. He emotionally supported me while I went to college. He is a great father, friend, and family member. He deserves a second chance.

Sincerely, Yolanda Ramírez

Honorable Judge.

My name is Dora M. Raygoza, girlfriend of Mr. Carlos Alberto Ramirez.
I want to decipher Carlos Alberto Ramirez Personality a bit, why I fell in love with him.
We have a Relationship of 6 year but 4 of living together, it is not much time but it is enough to know it. He is a very affectionate person, very respectful, educated and loving; He is a man who is always helping his family and looking for the love of his daughter, Carlos is NOT VIOLENT man, and he does no like to look for trouble..
he is a very hard working man, who enjoys a beautiful sunset, loves being at home.
I think Carlos Alberto Ramirez deserves an opportunity to rejoin society, her Daughter is sorely missed, she is suffering a lot due to the absence of her Father, We all miss him and love him a lot, Carlos is a very good person, he is NOT capable of hurting anyone we are all sure that Carlos will do absolutely everything, what they tell you to do.
Well, he had NEVER gotten into any problems. And this ugly and negative episode that he is living is his first and last time that he will live, because he has learned his lesson.
I beg you, I beg you to give it a Carlos a single charce.. Carlos will show him that he is a good person, I really appreciate your valuable time and the opportunity tha you give Carlos Alberto Ramirez.. Thank you